**NORTH STATE LUMBER CORPORATION, Appellant, v. UNITED STATES of America, Appellee.**

No. 5207.

Circuit Court of Appeals, Fourth Circuit.

March 17, 1944.

M. W. Seabrook, of Sumter, S. C., for appellant.

Louis M. Shimel, Asst. U. S. Atty., of Charleston, S. C. (Claud N. Sapp, U. S. Atty., of Columbus, S. C., on the brief), for appellee.

Before PARKER, SOPER, and DOBIE, Circuit Judges.

PER CURIAM.

The judgment appealed from will be affirmed for reasons adequately stated in the opinion of the District Judge, 54 F.Supp. 825.

Affirmed.

---

In the Matter of the Petition of PENNSYLVANIA RAILROAD COMPANY, as owner of THE Steamtug CLEVELAND, and as chartered owner in possession of THE Steamtug DELMAR, and of New York, Philadelphia & Norfolk Railroad Company, owner of Steamtug Delmar, for limitation of liability.

No. 255.

Circuit Court of Appeals, Second Circuit.

Feb. 28, 1944.

Bigham, Englar, Jones & Houston, of New York City (Andrew J. McElhinney, of New York City, of counsel), for EMAC Transportation Corporation et al., appellants.

Macklin, Brown, Lenahan & Speer, of New York City (Leo F. Hanan, of New York City, of counsel), for M. & J. Tracy, Inc., appellants.

Foley & Martin, of New York City (Christopher E. Heckman, of New York City, of counsel), for Cleary Brothers, Inc., appellant.

Burlingham, Veeder, Clark & Hupper, of New York City (Chauncey I. Clark, of New York City, of counsel), for appellees.

Before SWAN, CHASE, and CLARK, Circuit Judges.

PER CURIAM.

Decree affirmed on opinion below, 54 F.Supp. 819.